IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| LACI ISLER, a minor, by and through her Mother and Next Friend, BRITTANY ISLER | PLAINTIFFS |
| VS. | NO. 4:15-cv-146-SA-JMV |
| LIFEPOINT HOSPITALS, INC. d/b/a BOLIVAR MEDICAL CENTER; GREGORY P. NORWOOD, M.D.; FICTITIOUS DEFENDANTS A,B,C,D,E,F,G | DEFENDANTS |

## STIPULATION OF DISMISSAL

The Parties hereby stipulate and agree pursuant to Rule 41(a)(1)(ii) of the Mississippi Rules of Civil Procedure to a dismissal **with prejudice** of the present lawsuit and all claims of Plaintiffs against Defendants Lifepoint Hospitals, Inc. and PHC-Cleveland, Inc. d/b/a Bolivar Medical Center herein.

Dated this the 29th day of November, 2016.

Respectfully submitted,

*/s/ Michael A. Worel*
MICHAEL A. WOREL
R. EDWIN LAMBERTH
*Attorneys for Plaintiffs*

*/s/ Kimberly N. Howland*
KIMBERLY N. NOWLAND (MB #9580)
*Attorney for Defendants Lifepoint Hospitals, Inc. and PHC-Cleveland, Inc. d/b/a Bolivar Medical Center*

**PREPARED BY:**
Kimberly N. Howland - MB #9580
WISE CARTER CHILD & CARAWAY, PA
P. O. Box 651
Jackson, MS 39225-0651
Telephone: 601-968-5500
Facsimile: 601-968-5519