IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LACI ISLER, *a minor, by and through*
*her Mother and Next Friend*,
BRITTANY ISLER                                                                          PLAINTIFFS

VS.                                                                          NO. 4:15-cv-146-SA-JMV

UNITED STATES OF AMERICA;
PHC-CLEVELAND, INC. *d/b/a*
BOLIVAR MEDICAL CENTER;
LIFEPOINT HOSPITALS, INC.                                                              DEFENDANTS

ORDER OF DISMISSAL

Pursuant to Stipulation entered November 29, 2016, the Plaintiffs' claims against Lifepoint Hospitals, Inc. and PHC-Cleveland, Inc. d/b/a Bolivar Medical Center are dismissed with prejudice. The Court finds that the parties are in agreement as regards this dismissal and that the motion is well taken. Those parties shall be terminated as party Defendants.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims against Lifepoint Hospitals, Inc. and PHC-Cleveland, Inc. d/b/a Bolivar Medical Center, should be and hereby are dismissed, with the parties to bear their respective costs and with the understanding that no party will file a bill to tax costs.

SO ORDERED AND ADJUDGED this the 2nd day of December, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE