IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LACI ISLER, *a minor, by and through*
*her Mother and Next Friend*,
BRITTANY ISLER                                                                                    PLAINTIFFS

V.                                                        CIVIL ACTION NO. 4:15-CV-146-SA-JMV

UNITED STATES OF AMERICA;
PHC-CLEVELAND, INC. *d/b/a*
BOLIVAR MEDICAL CENTER;
LIFEPOINT HOSPITALS, INC.                                                              DEFENDANTS

ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 6th day of July, 2017.

                                                  /s/ Sharion Aycock
                                                UNITED STATES DISTRICT JUDGE